UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN TURNER

CIVIL ACTION

VERSUS

NO.  23-1666-JWD-RLB

AERION RENTAL SERVICES, L.L.C.;
AERION, LLC; CHESAPEAKE ENERGY CORPORATION;
and CHESAPEAKE ENERGY LOUISIANA CORPORATION

OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 5, 2024 (Doc. 17), to which an objection was filed and considered (Doc. 18)

IT IS ORDERED that that Plaintiff's Motion for Remand (R. Doc. 6) is GRANTED, and this action is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 20, 2024.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA